IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEE GOSTON                                                                                          PLAINTIFF

VS.                         CASE NO.  5:06CV00287 JMM

GRANT HARRIS                                                                                    DEFENDANT

### ORDER

Plaintiff's Motion for Voluntary Dismissal is granted (#21).  The case is dismissed without prejudice.

IT IS SO ORDERED THIS   19   day of    September  , 2007.


_____
James M. Moody
United States District Judge